IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BIG SKY PROFESSIONAL BASEBALL, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> ARCH INSURANCE COMPANY, <br><br> Defendants. | CV 20-174-M-DLC-KLD <br><br> ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 1st day of December, 2020.

*/s/ Kathleen L. DeSoto*
Kathleen L. DeSoto
United States Magistrate Judge