IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BIG SKY PROFESSIONAL BASEBALL, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>ARCH INSURANCE COMPANY,<br><br>          Defendant. | CV 20–174–M–DLC<br><br><br>ORDER |

The Plaintiff has filed a Notice of Dismissal with Prejudice in this matter, voluntarily dismissing the above-captioned matter, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED with prejudice.

The Clerk of Court is directed to close the case file.

DATED this 25th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court

1